UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 50072-02 |
| | ) | |
| FRANK G. ANAST | ) | Magistrate Judge Mahoney |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this court to enter an agreed protective order, and states:

1. The government's pretrial discovery includes confidential agency reports, witness statements, grand jury materials, and other materials which are sensitive in nature.

2. The United States seeks the entry of an order designed to protect the confidentiality of the information contained in these materials. A draft order, signed by counsel for the government and the defendant, is submitted herewith.

3. Counsel for the defendant agrees with this motion and to the entry of such order.

WHEREFORE, the United States respectfully requests the court to enter the proposed Protective Order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /Scott A. Verseman
SCOTT A. VERSEMAN
Assistant United States Attorney
308 W. State Street – Room 300
Rockford, IL 61101
(815) 987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing: "Agreed Motion for Entry of Protective Order" was served on January 30, 2008, pursuant to the district court's ECF system, on all ECF filers.

    /Scott A. Verseman
SCOTT A. VERSEMAN
Assistant United States Attorney
308 West State Street – Room 300
Rockford, Illinois 61101
815-987-4444