# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 2 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Frank G. Anast | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel reports defendant ready for transfer. Defendant and trial counsel to appear for status hearing before District Court Judge Frederick Kapala on 2/15/08 at 9:00 a.m. Defendant's oral motion for time to 2/15/08 to file pretrial motions is granted. USA's oral motion for the time of 2/7/08 to and including 2/15/08 to be deemed excludable under 18 USC §3161(h)(1) is granted.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LW |
|---|---|---|