UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50072-02 |
| | ) | Judge Frederick J. Kapala |
| FRANK G. ANAST | ) | |

**AGREED MOTION TO MOVE SENTENCING HEARING**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this "Agreed Motion To Move Sentencing Hearing." In support of this motion, the United States states as follows:

1. The sentencing hearing for defendant Frank G. Anast is currently set for Thursday, May 29, 2008, at 9:00 a.m.

2. The defendant has agreed to cooperate with the United States in the prosecution of his co-defendants. The United States currently anticipates that defendant will be called to testify at the trial of United States v. Mitchell A. Fuchs, 07 CR 50072-01 (USDC ND IL WD).

3. In the written plea agreement entered on February 21, 2008, the United States promised to make known to this court the extent of defendant's cooperation. Assuming defendant's truthful cooperation, the United States will move that this court depart downward, pursuant to Sentencing Guideline 5K1.1. It is the position of both the United States and the defendant that this court should take into account the extent of defendant's cooperation in deciding whether to accept the downward departure.

4.      A trial date has not yet been set for <u>United States v. Mitchell A. Fuchs</u>, 07 CR 50072-01 (USDC ND IL WD).  Pre-trial motions by defendant Fuchs are due to be filed on May 20, 2008. The United States currently anticipates a trial setting sometime during the summer of 2008.

5.      Because defendant Anast has not yet had an opportunity to provide testimony in <u>United States v. Mitchell A. Fuchs</u>, 07 CR 50072-01 (USDC ND IL WD), the United States is not in a position to advise this Court of the extent of his cooperation.

6.      On May 13, 2008, defendant Anast's counsel, Paul E. Gaziano, Esq., asked the undersigned Assistant United States Attorney ("AUSA") to file this motion.  It is Mr. Gaziano's position that it is in his client's best interest to delay sentencing until after the court has had an opportunity to observe defendant's cooperation.

7.      Because this motion is submitted upon stipulation, notice of presentment is not required.  Local Rule 5.3(a).

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Court enter an order moving defendant Anast's sentencing hearing to a date after the trial of <u>United States v. Mitchell A. Fuchs</u>, 07 CR 50072-01 (USDC ND IL WD).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     /Scott A. Verseman
        SCOTT A. VERSEMAN
        Assistant United States Attorney
        308 West State Street - Room 300
        Rockford, Illinois 61101
        815-987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: "Agreed Motion to Move Sentencing Hearing" was served on May 20, 2008, pursuant to the district court's ECF system as to ECF filers, and was hand-delivered to: United States Probation Officer Tina M. Cacciatore, 211 South Court Street, Rockford, Illinois 61101.

/Scott A. Verseman
SCOTT A. VERSEMAN
Assistant United States Attorney
308 West State Street – Room 300
Rockford, Illinois 61101
815-987-4444