# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                   Case No.: 3:07−cr−50072

                                     Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala as to Frank G. Anast:United States' agreed motion to move sentencing hearing [41] is granted. Sentencing hearing set for May 29, 2008 is canceled. Counsel for government to contact this court's minute clerk when this defendant is ready for sentencing. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.