# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                        Case No.: 3:07−cr−50072
                                                           Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala as to Frank G Anast: Sentencing hearing set for 2:30 p.m. on November 14, 2008. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.